UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PEARSON & SON EXCAVATING CO., INC.,
a Michigan Corporation, and PEARSON &
SON EXCAVATING CO., LLC., a Montana
Limited Liability Company,

                Case No. 03-40246

        Plaintiff,

v                               Hon. Paul V. Gadola
                               Magistrate Virginia M. Morgan

WESTERN RECREATIONAL VEHICLES,
INC., a Washington Corporation,

        Defendants.
_____/
| CONSUMER LEGAL SERVICES, P.C. | MICHAEL D. DOLENGA P-48794 |
|---|---|
| MARK ROMANO P-44014 | JEFFREY NOWICKI P-58880 |
| STEVEN S. TOTH P-44487 | Attorneys for Defendant |
| Attorneys for Plaintiff | 30850 Telegraph, Suite 250 |
| 30928 Ford Road | Bingham Farms, MI  48025 |
| Garden City, MI  48135 | (248) 988-9922 |
| (734) 261-4700 | |

_____/

**PROTECTIVE ORDER REGARDING PRODUCTION OF
DOCUMENTS BY KALWAS & ASSOCIATES CPA, P.C.**

At a session of said Court held in the U.S. District Court
for the Eastern District of Michigan, in Detroit, Michigan
on   July 21, 2006

PRESENT: HON.   Virginia M. Morgan
                      U.S. MAGISTRATE JUDGE

Upon motion by Plaintiffs herein, Defendant not filing a timely response pursuant to the

June 23, 2006 Notice of Hearing, and the court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that Kalwas & Associates, CPA, P.C. shall produce only the

tax records specifically regarding the 2000 Western RV Alpine Coach Motor Home purchased

by Pearson & Son Excavating Co., Inc. and/or Pearson & Son Excavating Co., LLC, but not any

records relating to Al and Patricia Pearson individually.

IT IS FURTHER ORDERED that all information, other than that relating to the 2000 Alpine Coach in question and the identity of the taxpayer, shall be redacted from the documents produced.

                                         s/Virginia M. Morgan
                                         U.S.MAGISTRATE JUDGE

---

**PROOF OF SERVICE**

The undersigned certifies that the foregoing ORDER was served upon counsel of record via the Court's ECF System and/or U. S. Mail on July 21, 2006.

                                         s/Jennifer Hernandez
                                         Case Manager to
                                         Magistrate Judge Virginia M. Morgan