UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PEARSON & SON EXCAVATING,
CO., INC., a Michigan corporation,

        CIVIL ACTION NO. 03 CV 40246 FL

    Plaintiff,

        DISTRICT JUDGE PAUL V. GADOLA

  v.

        MAGISTRATE JUDGE VIRGINIA MORGAN

WESTERN RECREATIONAL VEHICLES,
INC., a Washington corporation, and
MICHAL ENTERPRISES, d/b/a WALT
MICHAL'S R.V. CENTER, a Michigan
corporation, Jointly and Severally,

    Defendants.
_____/

## ORDER DENYING PLAINTIFF'S MOTION
## TO COMPEL PRODUCTION OF DOCUMENTS

This matter is before the court on Plaintiff's Motion to Compel Production of Documents filed March 15, 2l007 (D/E 118). A hearing on the motion was held before the magistrate judge on April 18,2007. For the reasons stated on the record,

IT IS ORDERED that the Motion IS DENIED.

Plaintiff seeks documents relating to the defendant's express warranties, cost schedule, and other related information. The sole remaining issue in this case is only for breach of an implied warranty of fitnesses and merchantability. Thus, documents related to express warranty

- 1 -

issues are irrelevant and would not be likely to lead to the discovery of admissible evidence.

Therefore, the motion IS DENIED.

    No costs to either side.

So ordered.

                s/Virginia M. Morgan
                Virginia M. Morgan
                United States Magistrate Judge

Dated: April 20, 2007

## PROOF OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record via the Court's ECF System and/or U. S. Mail on April 20, 2007.

                s/Jane Johnson
                Case Manager to
                Magistrate Judge Virginia M. Morgan